1  PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2  Name  JACKSON         MICHAEL
        (Last)          (First)         (Initial)

3  Prisoner Number  T-24603

4  Institutional Address  F.S.P.; P.O.BOX 950; FOLSOM,CA 95763

5

6  ===================================================================

7  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA                    **(PR)**

8  MICHAEL JACKSON
   (Enter the full name of plaintiff in this action.)          **08    3570**

9                                         CV

                  VS.                     Case No. _____
10                                        (To be provided by the clerk of court)
   M.C.KRAMER,WARDEN
11                                        PETITION FOR A WRIT
                                          OF HABEAS CORPUS
12

13

14  (Enter the full name of respondent(s) or jailor in this action)

15

16  ===================================================================
                    Read Comments Carefully Before Filling In

17  When and Where to File

18      You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23      If you are challenging your conviction or sentence and you were not convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located. If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

1  <u>Who to Name as Respondent</u>

2      You must name the person in whose actual custody you are.  This usually means the Warden or

3  jailor.  Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced.  These are not proper

5  respondents.

6      If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10  A.  INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11      1.  What sentence are you challenging in this petition?

12          (a)    Name and location of court that imposed sentence (for example; Alameda

13                 County Superior Court, Oakland):

14                 ALAMEDA CO. SUPERIOR COURT          OAKLAND

15                 Court                               Location

16          (b)    Case number, if known   14655A

17          (c)    Date and terms of sentence   4-19-04;  10YRS.

18          (d)    Are you now in custody serving this term?  (Custody means being in jail, on

19                 parole or probation, etc.)          Yes  X        No _____

20                 Where?

21                 Name of Institution:   OLD FOLSOM STATE PRISON

22                 Address:   P.O. BOX 950; FOLSOM, CA 95763

23      2.  For what crime were you given this sentence?  (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known.  If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  CA P.C. §§211, 422, 236, 12022(a)(1), 667.9(A), 215(a)

27

28

3. Did you have any of the following?

    Arraignment:                         Yes _X_     No ____

    Preliminary Hearing:           Yes ____     No ____

    Motion to Suppress:            Yes ____     No ____

4. How did you plead?

    Guilty ____    Not Guilty ____    Nolo Contendere _X_

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury ____    Judge alone ____    Judge alone on a transcript ____

6. Did you testify at your trial?              Yes ____     No ____

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment             Yes _X_     No ____

    (b)    Preliminary hearing      Yes ____     No ____

    (c)    Time of plea            Yes _X_     No ____

    (d)    Trial                   Yes ____     No ____

    (e)    Sentencing            Yes _X_     No ____

    (f)    Appeal                Yes ____     No ____

    (g)    Other post-conviction proceeding    Yes ____     No ____

8. Did you appeal your conviction?        Yes ____     No ____

    (a)    If you did, to what court(s) did you appeal? NO

          Court of Appeal          Yes ____     No ____

          Year: _____     Result:_____

          Supreme Court of California    Yes ____     No ____

          Year: _____     Result:_____

          Any other court           Yes ____     No ____

          Year: _____     Result:_____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

1    petition?                                        Yes _____    No_____

2    (c)    Was there an opinion?                     Yes _____    No_____

3    (d)    Did you seek permission to file a late appeal under Rule 31(a)?

4                                                      Yes _____    No_____

5           If you did, give the name of the court and the result:

6           _____

7           _____

8  9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9  this conviction in any court, state or federal?              Yes  X     No_____

10        [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11  challenged the same conviction you are challenging now and if that petition was denied or dismissed

12  with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13  for an order authorizing the district court to consider this petition. You may not file a second or

14  subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15  U.S.C. §§ 2244(b).]

16        (a)    If you sought relief in any proceeding other than an appeal, answer the following

17               questions for each proceeding. Attach extra paper if you need more space.

18        I.    Name of Court: ALAMEDA COUNTY SUPERIOR COURT

19               Type of Proceeding: HABEAS CORPUS

20               Grounds raised (Be brief but specific):

21               a. CUNNINGHAM ISSUE

22               b. SAME AS HEREIN

23               c. _____

24               d. _____

25               Result: DENIED; EXHIBIT#1         Date of Result: 8-9-07

26        II.   Name of Court: FIRST APPELLATE DISTRICT

27               Type of Proceeding: HABEAS CORPUS

28               Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

1    a. SAME AS HEREIN _____

2    b. _____

3    c. _____

4    d. _____

5    Result: __DENIED;EXHIBIT#3_____ Date of Result: 1-25-08

6    III.   Name of Court: __CA SUPREME COURT_____

7    Type of Proceeding: __HABEAS CORPUS_____

8    Grounds raised (Be brief but specific):

9    a. SAME AS HEREIN _____

10   b. _____

11   c. _____

12   d. _____

13   Result: __DENIED;EXHIBIT#4_____ Date of Result: 3-26-08

14   IV.    Name of Court: _____

15   Type of Proceeding: _____

16   Grounds raised (Be brief but specific):

17   a. _____

18   b. _____

19   c. _____

20   d. _____

21   Result: _____ Date of Result: _____

22   (b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                              Yes _____     No __X__

24   Name and location of court: _____

25   B. GROUNDS FOR RELIEF

26   State briefly every reason that you believe you are being confined unlawfully. Give facts to

27   support each claim. For example, what legal right or privilege were you denied? What happened?

28   Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1  need more space. Answer the same questions for each claim.

2      [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5      Claim One: SEE ATTACHED SHEET _____

6      _____

7      Supporting Facts:_____

8      _____

9      _____

10     _____

11     Claim Two: SEE ATTACHED SHEET _____

12     _____

13     Supporting Facts:_____

14     _____

15     _____

16     _____

17     Claim Three:_____

18     _____

19     Supporting Facts:_____

20     _____

21     _____

22     _____

23      If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:

25     UNAUTHORIZED SENTENCE _____

26     _____

27     _____

28     _____

1      List, by name and citation only, any cases that you think are close factually to yours so that they

2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3  of these cases:

4  SEE ATTACHED SHEETS _____

5  _____

6  _____

7  Do you have an attorney for this petition?                    Yes_____    No___X___

8  If you do, give the name and address of your attorney.

9  _____

10      WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13  Executed on ___7 - 13 - 08___

14                    Date                                      Signature of Petitioner

15

16

17

18

19

20  (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS          - 7 -

1 | MICHAEL JACKSON-T24603
F.S.P.
2 | P.O. BOX 950
FOLSOM,CA 95763
3

4

5 | IN PRO PER

6

7

8 |              IN THE UNITED STATES DISTRICT COURT

9 |              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | IN RE JACKSON                    CASE NO.

12 |       PETITIONER,               PETITION FOR WRIT OF HABEAS
                                    CORPUS(28 U.S.C. §2254)
13 | VS

14 | M.C.KRAMER,WARDEN
       RESPONDENT.    /
15

16 | INTRODUCTION

17 | Petitioner is a pro se litigant incarcerated at Old Folsom State

18 | Prison(F.S.P.) in Folsom,CA.  Petitioner is being held in custody

19 | violation of the Equal Protection and Due Process Clauses of the

20 | Fourteenth Amendment.  Additionally, the State court imposed an

21 | unauthorized sentence in excess of its jurisdiction. Moreover, the

22 | state court decision was a violation of the Anti-Terrorism and

23 | Effective Death Penalty Act(hereinafter,AEDPA) deferential standard.

24 | AEDPA

25 | A writ of habeas corpus must be denied for any claim that has

26 | previously been adjudicated on the merits in state court unless

27 | that decision: 1.was contrary to, or involved an unreasonable

28 | application of, clearly established Federal law, as determined by

1

1  the US Supreme Court, or 2.resulted in a decision that was based on

2  an unreasonable determination of the facts in light of the evidence

3  presented in the State court proceeding.

4  A state court's decision is "contrary to" clearly established

5  federal law only if it applies a rule that contradicts Supreme

6  Court precedent or if it applies the correct rule to a case

7  involving materially indistinguishable facts but nonetheless

8  reaches a different result.(Lockyer v Andrade(2003) 538 US 63,71-

9  72; Williams v Taylor(2000) 529 US 362,405)  By comparison, a

10  state court's decision is unreasonable if it incorrectly applies

11  Supreme Court precedent in an objectively unreasonable manner.

12  (Williams,529 US at 409)

13  LEGAL ARGUMENT

14  I. DID THE TRIAL COURT VIOLATE PETITIONER'S EQUAL PROTECTION RIGHTS
       UNDER THE FOURTEENTH AMENDMENT WHEN IT IMPOSED AN ILLEGAL
15     SENTENCE IN EXCESS OF THE COURT'S JURISDICTION

16  A.STANDARD OF REVIEW

17  "Strict scrutiny  is reserved for state classifications affecting

18  fundamental rights"(Clark v Jeter(1988) 108 S.Ct. 1910,1914) The

19  US Supreme Court has clearly recognized that freedom from

20  imprisonment is a liberty interest protected by the Equal

21  Protection Clause.(Zadvydas v Davis(2001) 553 US 678,690; Fucha v

22  Louisiana(1992) 504 US 71,80; Youngblood v Romero(1982) 457 US 307,

23  316)

24  In the case at bar,on 10-30-02, one of petitioner's co-defendant's

25  committed a carjacking.  Shortly thereafter, petitioner was picked

26  up by co-defendant in the stolen car.  Approximately (20) twenty

27  minutes later car was driven to a location where a robbery was

28  committed by petitioner and his co-defendants. Petitioner and his

2

1  co-defendants were soon arrested and petitioner eventually pled no

2  contest, and was convicted of violating various CA Penal Codes

3  (Exhibit#2), including two second degree robberies.  The

4  carjacking offense was deemed the principal offense.  One of the

5  second degree robberies charges, the criminal threats charge, all

6  false imprisonment by violence charge, and all but one personally

7  armed with firearm charges were stayed pursuant to P.C.§654.

8  The court went on to sentence petitioner consecutively to the mid-

9  term of 6yrs. for the carjacking(principal term), one-third the

10 mid-term doubled for counts#1&#2 robbery(2yrs.), 1yr.for the gun

11 enhancement, and 2yrs. for the victim age enhancements. Petitioner

12 total term came to 10yrs.  Petitioner contends the court erred in

13 not staying the count#1 robbery, pursuant P.C.§654 and imposing

14 the consecutive 1yr. term.

15 The trial court violated petitioner's equal protection right to be

16 free from incarceration, in that petitioner will be subjected to

17 one additional year of imprisonment not prescribed by law.

18 Therefore, the strict scrutiny  standard of review is appropriate.

19 B.EQUAL PROTECTION ANALYSIS

20 "The first step in analyzing alleged equal protection violation is

21 to identify the defendants' classification of groups; to

22 accomplish this, a petitioner can show that the law is applied in

23 a discriminatory manner or imposes different burdens on different

24 classess of people."(Freeman v City of Santa Ana(9th Cir.1995) 68

25 F.3d 1180); Jones v helms(1981) 101 S.Ct.2434,2444-43)

26 "Once alleged equal protection violation establishes that the

27 government has classified him or her in a particular way, it is

28 necessary to identify a similar situated class against which class

3

1  can be compared; goal of identifying a similarly situated class

2  is to isolate the factor allegedly subject to impermissible

3  discrimination with the similarly situated group serving as control

4  group."(Id)

5  Because of the indivisibility of petitioner's offenses, he falls

6  within those class of defendants whom are sentenced pursuant P.C.

7  §654.

8  Penal Code §654 states in relevant part: "An actor or omission

9  that is punishable in different ways by different provisions of

10  law shall be punished under the provision that provides for the

11  longest potential term of imprisonment, but in NO case shall the

12  act or omission be punished under more than one provision...."

13  "It is defendant's intent and object, and not the temporal

14  proximity of his offenses, which determine whether the transaction

15  is indivisible.... If all of the offenses were merely incidental to

16  or were the means of accomplishing or facilitation of one abject,

17  defendant may be found to have harbored a single intent and

18  therefore may be punished only once."(People v Harrison(1989) 48

19  Cal.3d 321,335)

20  "We conclude that when the aggregate imprisonment exceeds the

21  maximum period fixed by the statute......we are confronted with an

22  impermissible discrimination..."(Williams v Illinois(1970) 90 S.Ct.

23  2018)

24  The trial court exceeded the maximum aggregate term of imprisonment

25  of nine years, and "impermissibly discrimnated" against petitioner

26  when it failed to stay the one year on count#1 robbery pursuant

27  P.C. §654. This resulted in a ten year sentence, which is in excess

28  of the courts jurisdiction. "Courts may not prescribe a greater

4

1  punishment than the legislature intended."(Missouri v Hunter,103
2  S.Ct. 673)
3  It is well settled that the State bears the burden of justifying
4  the factual/legal distinction of not applying P.C. §654 to
5  petitioner as it is applied to others similarly situated.(Trimble
6  v Gordon(1977) 430 US 762,769) In the case before the court, the
7  state can not bear this burden.
8  The record(Exhibit#2) before the court is the clearest indication
9  that before the court is the clearest indication that the one year
10 sentence imposed on count#1 robbery should have been stayed
11 pursuant P.C. §654.  Exhibit#2 is the abstract of judgment.  The
12 abstract of judgment list the offenses petitioner was convicted of,
13 with the carjacking offense being the principal offense and six
14 years imposed.  All other imposed sentence terms relating to
15 suboridnate offenses were stayed pursuant P.C. §654, except
16 count#1 robbery.
17 There is no material/legal or factual distinction between the
18 indivisibility of offenses committed by petitioner to accomplish
19 one objective or intent(robbery) and those committed by others
20 whom are convicted of committing offenses that are indivisible and
21 committed to accomplsh one objective. Therefore, the trial court's
22 failure to stay the one year sentence on count#1 robbery is a
23 violation of the Equal Protection Clause of the Fourteenth
24 Amendment, and was contrary to and an unreasonable application of
25 federal law as determined by the US Supreme Court.
26
27
28

1  II. DID THE TRIAL COURT VIOLATE PETITIONER'S DUE PROCESS RIGHTS
       UNDER THE FOURTEENTH AMENDMENT WHEN IT IMPOSED AN ILLEGAL
2      SENTENCE IN EXCESS OF THE COURT'S JURISDICTION

3  "When official discretion is limited by substantive criteria or

4  predicates, due process requires that decisions actually be made

5  based on those criteria."(Kentucky v Dept. of Correction(1989) 109

6  S.Ct.1904)

7  P.C.§654 contains substantive criteria or predicates which limited

8  the trial court's discretion and mandated that the court stay the

9  one year sentence imposed on count#1 robbery. The state court's

10  decision not to stay the sentence was a violation of due process,

11  and was contrary  to and an unreasonable application of federal law

12  as determined by the US Supreme Court.

13  WHEREFORE PETITIONER PRAYS:

14  1.That the writ be granted;

15  2.That an amended abstract of judgment be prepared to reflect that
   petitioner's sentence has been modified from 10yrs. to 9yrs.;

16  3.That the amended abstract of judgment be delivered to the
   Department of Corrections and Rehabilitation(CDCR);

17  4.That the Court grant any other relief deemed appropriate.

18  I declare under the penalty of perjury that the above mentioned is
   true and correct to the best of my knowledge.

19

20  Dated: 7- 13- 08

                                    Michael Jackson

21

22

23

24

25

26

27

28

# PROOF OF SERVICE BY MAIL

I  MICHAEL JACKSON , AM A RESIDENT OF FOLSOM STATE PRISON IN THE
COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS,
AND I AM /AM NOT A  PARTY TO THIS ACTION.

   MY PRISON NUMBER IS: T-24603

   MY PRISON ADDRESS IS: **P.O. BOX 950, Folsom, Ca. 95763**

   ON  7 - 13 , 2008, I SERVED A COPY OF THE FOLLOWING
DOCUMENT:

PETITION FOR WRIT OF HABEAS CORPUS

   ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED
ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT
BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM,
CALIFORNIA, ADDRESSED AS FOLLOWS:

US DISTRICT COURT
NORTHERN DISTRICT OF CA
450 GOLDEN GATE AVE.
SAN FRANCISCO,CA 94102

OFFICE OF ATTORNEY GENERAL
1300 "I" STREET,STE.125
SACRAMENTO,CA 95814

   THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO
ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE
PLACE OF MAILING AND THE PLACE SO ADDRESSED.

   I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
AND CORRECT.

   EXECUTED  7 - 13 , 2008, AT FOLSOM, CALIFORNIA..

< signature here >

Exhibit #1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA          Dept. No. 9

Date: August 9, 2007          Hon. LARRY GOODMAN, Judge          Fil R. Cruz, Dep.Clk.
                                                                 Not Reported, Reporter

---

| | | |
|---|---|---|
| IN RE:<br>MICHAEL JACKSON<br>      Petitioner<br><br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA<br><br>      Respondent | Counsel appearing<br>for Plaintiff<br><br>Counsel appearing<br>for Defendant | No Appearance, Deputy<br>District Attorney<br><br>No Appearance |

---

Nature of Proceedings:  **EX PARTE PETITION FOR WRIT OF HABEAS CORPUS**

Case No. 145655A
PFN: BBH452
CEN: 2291540

The petitioner is not present.

The Court having reviewed the petitioner's Petition for Writ of Habeas Corpus filed on August 9, 2007 orders said Petition denied.

The Petition for a Writ of Habeas Corpus is DENIED. As to Petitioner's first ground for relief, he fails to state a prima facie case for relief. As to his second ground for relief, the Petition is also denied. Although Petitioner cites *Apprendi* and *Blakely*, it appears that Petitioner is really relying on Relying in *Cunningham v. California* (Jan. 22, 2007, No. 05-6551) 549 U.S. ____, 127 S. Ct. 856, 166 L. Ed. 2d 856 (*Cunningham*). *Cunningham* does not apply retroactively on collateral review to cases already final when it was announced. (*In re Gomez*, 2007 Cal. App. LEXIS 1291 (Cal. App. 2d Dist. Aug. 7, 2007). Petitioner's case was final for retroactivity purposes long before *Cunningham* was decided. But even if *Cunningham* applied, the Petition would be denied for failure to state a prima facie case for relief. The sentencing court did not commit *Cunningham* error since Petitioner agreed to the terms and conditions of the plea, and was sentenced to the mid-term on both counts.

### CLERK'S CERTIFICATE OF MAILING (CCP 1013a)

I certify that the following is true and correct: I am a Deputy Clerk employed by the Alameda County Superior Court. I am over the age of 18 years. My business address is 1225 Fallon Street, Oakland, California. I served this ORDER REGARDING EX PARTE PETITION FOR WRIT OF HABEAS CORPUS by placing a copy in an envelope addressed as shown below and then by sealing and placing it for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Oakland, California, following standard court practices.

Michael Jackson
CDC # T-24603
P.O. Box 950
Folsom, CA 95763

Date:  September 4, 2007

Executive Officer/Clerk of the Superior Court

By _____
      Fil R. Cruz, Deputy Clerk

*Exhibit #2*

T24603

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT - DETERMINATE**
(not valid without completed page two of CR-290 attached)

CR-290

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA<br>BRANCH OR JUDICIAL DISTRICT: Rene C. Davidson Courthouse | *Copy A* |

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA vs.<br>DEFENDANT: MICHAEL JACKSON<br>AKA:<br>CII#: 10398481<br>BOOKING INFORMATION: PFN: BBH452  CEN: 2291540 | DOB: 02-08-77 | 145655A  -A |
| | | -B |
| | ☐ NOT PRESENT | -C |
| COMMITMENT TO STATE PRISON<br>ABSTRACT OF JUDGMENT | ☐ AMENDED<br>ABSTRACT | -D |

| DATE OF HEARING<br>04-19-2004 | DEPT. NO.<br>004 | JUDGE<br>JULIE CONGER |
|---|---|---|
| CLERK<br>Karen D. Foss | REPORTER<br>Rhonda Harris | PROBATION NUMBER OR PROBATION OFFICER<br>none |
| COUNSEL FOR PEOPLE  ☒ Deputy District Attorney  ☐ State Attorney General<br>Carrie Panetta | | COUNSEL FOR DEFENDANT  ☒ Deputy Public Defender  ☐ Private Counsel<br>Mike Lew |

1. Defendant was convicted of the commission of the following felonies:
   ☒ Additional counts are listed on attachment
   **1** (number of pages attached)

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (Month/Date/Year) | Convicted by JURY | Convicted by COURT | Convicted by PLEA | Term (L, M, U) | Concurrent | Consecutive 1/3 Violent | Consecutive 1/3 NON Violent | Consecutive Full Term | Incomplete sentence (refer to item 5) | 654 Stay | Principal or Consecutive Time Imposed YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 211 | Second Degree Robbery | 2002 | 02-09-2004 | | X | | M | | X | | | | | 1 | 0 |
| 2 | PC | 211 | Second Degree Robbery | 2002 | 02-09-2004 | | X | | M | | | | | | X | | |
| 3 | PC | 422 | Criminal Threats | 2002 | 02-09-2004 | | X | | M | | | | | | X | | |
| 4 | PC | 236 | False imprisonment by Violence | 2002 | 02-09-2004 | | X | | M | | | | | | X | | |
| 5 | PC | 236 | False imprisonment by Violence | 2002 | 02-09-2004 | | X | | M | | | | | | X | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022(a)(1) | S | | | | | | | |
| 2 | 12022(a)(1) | S | | | | | | | |
| 3 | 12022(a)(1) | S | | | | | | | |
| 4 | 12022(a)(1) | S | | | | | | | |
| 5 | 12022(a)(1) | S | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTION OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 667.5(b) | S | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |

6. ☐ TOTAL TIME ON ATTACHED PAGES: **9** : **0**

7. ☐ Additional indeterminate term (see CR-292).

8. ☐ TOTAL TIME excluding county jail term: **10** : **0**

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted for Mandatory Use
Judicial Council of California

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT - DETERMINATE**
(not valid without completed page two of CR-290 attached)

Penal Code §§ 1213, 1213.5
CR -290 (Rev. Jan. 1, 2003)

:\Sentencings\MICHAEL JACKSON 145655A SP ABSTRACT.dot

ABSTRACT OF JUDGMENT – PRISON COMMITMENT ATTACHMENT PAGE                     CR-290-A

| PEOPLE OF THE STATE OF CALIFORNIA vs. | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT: MICHAEL JACKSON | | | | | | | |
| 145655A | -A | | -B | | -C | | -D |

1. Defendant was convicted of the commission of the following felonies:
   This attachment page number: 1

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (Month/Date/Year) | JURY | COURT | PLEA | TERM L,M,U | Concurrent | Consecutive 1/3 Violent | Consecutive 1/3 NON Violent | Consecutive Full Term | Incomplete sentences (refer to Item 5) | 654 Stay | YRS | NOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | PC | 236 | False Imprisonment/Violenc | 2002 | 02-09-04 | | | X | M | | | | | | X | | |
| 7 | PC | 236 | False Imprisonment/Violenc | 2002 | 02-09-04 | | | X | M | | | | | | X | | |
| 8 | PC | 236 | False Imprisonment/Violenc | 2002 | 02-09-04 | | | X | M | | | | | | X | | |
| 9 | PC | 236 | False Imprisonment/Violenc | 2002 | 02-09-04 | | | X | M | | | | | | X | | |
| 10 | PC | 215(a) | Carjacking | 2002 | 02-09-04 | | | X | M | | | | | | | 6 | 0 |
| | | | | | . . | | | | | | | | | | | | |
| | | | | | . . | | | | | | | | | | | | |
| | | | | | . . | | | | | | | | | | | | |
| | | | | | . . | | | | | | | | | | | | |
| | | | | | . . | | | | | | | | | | | | |
| | | | | | . . | | | | | | | | | | | | |
| | | | | | . . | | | | | | | | | | | | |
| | | | | | . . | | | | | | | | | | TOTAL | 6 | 0 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 12022(a)(1) | S | | | | | | | | |
| 7 | 12022(a)(1) | S | | | | | | | | |
| 8 | 12022(a)(1) | S | | | | | | | | |
| 9 | 12022(a)(1) | S | | | | | | | | |
| 10 | 12022(a)(1) | 1 | 667.9(A) | 2 | | | | | 3 | 0 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | TOTAL | 3 | 0 |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| 4. TOTAL TIME IMPOSED ON THIS ATTACHMENT PAGE: | 9 | 0 |
|---|---|---|

Form Adopted for Mandatory Use
Judicial Council of California
CR-290-A (Rev. January 1, 2003)

ABSTRACT OF JUDGMENT – PRISON COMMITMENT
ATTACHMENT PAGE

Penal Code §§ 1213.5

:\Sentencings\MICHAEL JACKSON 145655A Abstract Attachment Page.dot

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **MICHAEL JACKSON**

| 145655A | -A | | -B | | -C | | -D |
|---|---|---|---|---|---|---|---|

9.   FINANCIAL OBLIGATIONS (including any applicable penalty assessments):

a.   Restitution Fines(s):

Case A: $<u>200.00</u>    per PC 1202.4(b) forthwith per PC 2085.5;   $<u>200.00</u>    per PC 1202.45 suspended unless parole is revoked.
Case B: $_____    per PC 1202.4(b) forthwith per PC 2085.5;   $_____    per PC 1202.45 suspended unless parole is revoked.
Case C: $_____    per PC 1202.4(b) forthwith per PC 2085.5;   $_____    per PC 1202.45 suspended unless parole is revoked.
Case D: $_____    per PC 1202.4(b) forthwith per PC 2085.5;   $_____    per PC 1202.45 suspended unless parole is revoked.

b.   Restitution per PC 1202.4(f):

Case A: $<u>159.00</u>    ☐ Amount to be determined to:   ☒ victim(s)*   ☐ Restitution Fund
Case B: $_____    ☐ Amount to be determined to:   ☐ victim(s)*   ☐ Restitution Fund
Case C: $_____    ☐ Amount to be determined to:   ☐ victim(s)*   ☐ Restitution Fund
Case D: $_____    ☐ Amount to be determined to:   ☐ victim(s)*   ☐ Restitution Fund

       (*List victim name(s) if known and amount breakdown in item 11, below.)

c.   Fine(s):

Case A: $_____    per PC 1202.5. $_____    per VC 23550 or: _____ days   ☐ county jail  ☐ prison in lieu of fine ☐ CC ☐ CS
Case B: $_____    per PC 1202.5. $_____    per VC 23550 or: _____ days   ☐ county jail  ☐ prison in lieu of fine ☐ CC ☐ CS
Case C: $_____    per PC 1202.5. $_____    per VC 23550 or: _____ days   ☐ county jail  ☐ prison in lieu of fine ☐ CC ☐ CS
Case D: $_____    per PC 1202.5. $_____    per VC 23550 or: _____ days   ☐ county jail  ☐ prison in lieu of fine ☐ CC ☐ CS

d.   Lab Fee and Drug Program Fee:

Case A: Lab Fee: $_____    per HS 11372.5(a) for counts _____.   ☐ Drug Program Fee of $150 per HS 11372.7(a).
Case B: Lab Fee: $_____    per HS 11372.5(a) for counts _____.   ☐ Drug Program Fee of $150 per HS 11372.7(a).
Case C: Lab Fee: $_____    per HS 11372.5(a) for counts _____.   ☐ Drug Program Fee of $150 per HS 11372.7(a).
Case D: Lab Fee: $_____    per HS 11372.5(a) for counts _____.   ☐ Drug Program Fee of $150 per HS 11372.7(a).

10.  TESTING
a.   ☐ AIDS pursuant to PC 1202.1   b. ☒ DNA pursuant to PC 296   c. ☐ other (specify):

11.  Other orders (specify): **Restitution listed above to be paid to victim Joey Hughes-Williams and is a joint and several obligation with co-defendants Lakeisha Smith (PFN BDC159) and Cicely Phillips (PFN BCD018). Restitution is enforceable as a civil judgment.**

12.  EXECUTION OF SENTENCE IMPOSED
a.   ☒ at initial sentencing hearing.              d. ☐ at resentencing per recall of commitment.  (PC 1170(d).)
b.   ☐ at resentencing per decision on appeal.    e. ☐ other (specify): _____.
c.   ☐ after revocation of probation.

13.  CREDIT FOR TIME SERVED
Case A:   Total Credits: <u>619</u>    Actual: <u>538</u>    Local Conduct: <u>81</u>    ☐ 4019  ☒ 2933.1
Case B:   Total Credits: _____    Actual: _____    Local Conduct: _____    ☐ 4019  ☐ 2933.1
Case C:   Total Credits: _____    Actual: _____    Local Conduct: _____    ☐ 4019  ☐ 2933.1
Case D:   Total Credits: _____    Actual: _____    Local Conduct: _____    ☐ 4019  ☐ 2933.1

| DATE SENTENCE PRONOUNCED:<br>04-19-2004 | TIME SERVED IN STATE INSTITUTION:<br>☐ DMH   ☐ CDC | ☐ CRC |
|---|---|---|

14.  Defendant is remanded to the custody of the Sheriff: ☒ forthwith  ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to: ☒ reception center designated by Director, California Department of Corrections:  ☒ San Quentin  ☐ Chowchilla
☐ Other (specify):

## CLERK OF THE COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE<br>Karen D. Foss   *Karen Q. Foss* | DATE<br>04-26-2004 |
|---|---|

CR-290 (Rev. Jan. 1, 2003)          ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE          Page 2 of 2

Y:\Sentencings\MICHAEL JACKSON 145655A SP ABSTRACT.dot

Exhibit#3

COPY

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FIVE

In re MICHAEL JACKSON on Habeas Corpus.

**FILED**

JAN 2 5 2008

Court of Appeal - First App. Dist.
DIANA HERBERT

By_____
DEPUTY

A120290

Alameda County No. 145655A

BY THE COURT:*

    The petition for writ of habeas corpus is denied.

Date____JAN 2 5 2008_____    **SIMONS, J.**_____ Acting P.J.

* Before Simons, Acting P.J., Needham, J. and Stevens, J. (Retired Associate Justice of
the Court of Appeal, First District, assigned by the Chief Justice pursuant to art. VI, § 6
of the Cal. Const.)

Exhibit #4

Court of Appeal, First Appellate District, Div. 1 - No. A120290
**S161020**

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

In re MICHAEL JACKSON on Habeas Corpus

The petition for review is denied.

SUPREME COURT
FILED

MAR 2 6 2008

Frederick K. Ohlrich Clerk

Deputy

GEORGE
Chief Justice

July 10,2008


United States Distict Court
Northern District Of CA
450 Golden Gate Ave.
San Francisco,CA 94102

Dear Court/Clerk

Good Day! Enclosed is a writ of habeas corpus to be filed with this court.
Petitioner forwarded a in forma pauperis(fee waiver) application to the
prison's trust office to have petitioner's trust transactions certified for
the last six monts.  When all relevant document(s) are certified, petitioner
will forward them to this court. Petitioner thanks the Court in advance for
its patience.

Sincerely,

Michael Jackson

MR. Michael Jackson-T24603
F.S.P.
P.O.Box 950
Folsom, CA 95763

Legal Mail

U.S. District Court
Northern District of CA
450 Golden Gate Ave.
San Francisco, CA 94102

RECEIVED

JUL 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671

02.1¢
0004Z 9402
MAILED FROM Z

UNITED STATES POSTAGE

Jackson-T24603

5
163

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671

RECEIVED

JUL 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



02 1M
0004219422    JUL 17 2008
MAILED FROM ZIP CODE 95572
$ 01.51⁰

U.S. District Court
Northern District of CA
450 Golden Gate Ave.
San Francisco, CA 94102

7/13/08