UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JACKSON      Plaintiff,

vs.

M.C. KRAMER, WARDEN   Defendant.

CASE NO. C08-3570 JF

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, **MICHAEL JACKSON**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary
**PRESENTLY INCARCERATED**

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)

3  _____
4  _____
5  _____

6  2.     Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8      a.  Business, Profession or                          Yes ____ No _X_
9          self employment
10     b.  Income from stocks, bonds,                       Yes ____ No _X_
11         or royalties?
12     c.  Rent payments?                                   Yes ____ No _X_
13     d.  Pensions, annuities, or                          Yes ____ No _X_
14         life insurance payments?
15     e.  Federal or State welfare payments,               Yes ____ No _X_
16         Social Security or other govern-
17         ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.

20  _____
21  _____

22  3.     Are you married?                                 Yes ____ No _X_
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.   a.  List amount you contribute to your spouse's support:$ _____
28       b.  List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?    Yes ____ No __X__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ____ No __X__

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes _____ No __X__ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ____ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____

_____

8. What are your monthly expenses? PRESENTLY INCARCERATED

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

<u>Name of Account</u>         <u>Monthly Payment</u>              <u>Total Owed on This Acct.</u>

_____    $ _____    $ _____

_____    $ _____    $ _____

_____    $ _____    $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.) COURT RESTITUTION

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7-13-08                                  [signature]
DATE                                     SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **MICHAEL JACKSON-T24603** for the last six months at

[prisoner name]

**Old Folsom State Prison (F.S.P.)** where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **36.06** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **38.98**.

Dated: **7/16/08**

_Karen A. Davis_ (signature)

[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                                      REPORT DATE: 07/16/08
                                                                             PAGE NO:           1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 CALIFORNIA STATE PRISON FOLSOM
                                  INMATE TRUST ACCOUNTING SYSTEM
                                  INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 16, 2008

ACCOUNT NUMBER : T24603                              BED/CELL NUMBER: B1SCT500000003L
ACCOUNT NAME   : JACKSON, MICHAEL                    ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                                  TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE   DESCRIPTION         COMMENT      CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE
----  ----   -----------         -------      ---------    --------    -----------    -------
01/01/2008   BEGINNING BALANCE                                                           0.00
02/05*DD34   EFT DEPOSIT O  MR0263     CY                    10.80                      10.80
02/05 W536   COPAY CHARGE   703974                                         5.00          5.80
02/11 FC01   DRAW-FAC 1     704119                                         5.80          0.00
03/10 FR01   CANTEEN RETUR  704640                                         5.80-         5.80
04/02 W536   COPAY CHARGE   705063                                         5.00          0.80
05/05*DD34   EFT DEPOSIT O  MR0875JPAY                       67.50                      68.30
05/06*VD54   INMATE PAYROL  705872IP04                        5.27                      73.57
05/12 FC01   DRAW-FAC 1     706009                                        73.57          0.00
06/05*VD54   INMATE PAYROL  706504IP05                        3.70                       3.70
06/09 FR01   CANTEEN RETUR  706607                                         3.62-         7.32
07/03*VD54   INMATE PAYROL  800060IP06                       12.15                      19.47
07/08*DD34   EFT DEPOSIT O  MR1312JPAY                       116.89                    136.36

                           *  RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/19/04                            CASE NUMBER: *145655
COUNTY CODE: *ALA                                   FINE AMOUNT: $    159.00

DATE     TRANS.   DESCRIPTION                        TRANS. AMT.        BALANCE
----     ------   -----------                        -----------        -------
01/01/2008   BEGINNING BALANCE                                            69.00
02/05/08   DR34   REST DED-EFT DEPOSIT                 12.00-             57.00
05/05/08   DR34   REST DED-EFT DEPOSIT                 57.00-              0.00

                           *  RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/19/04                            CASE NUMBER: 145655
COUNTY CODE: ALA                                    FINE AMOUNT: $    200.00

DATE     TRANS.   DESCRIPTION                        TRANS. AMT.        BALANCE
----     ------   -----------                        -----------        -------
01/01/2008   BEGINNING BALANCE                                           117.00
```

```
REPORT ID: TS3030 .701                                    REPORT DATE: 07/16/08
                                                          PAGE NO:            2
                    CALIFORNIA STATE PRISON FOLSOM
                    INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 16, 2008

ACCT: T24603        ACCT NAME: JACKSON, MICHAEL           ACCT TYPE: I

                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/19/04                        CASE NUMBER: 145655
COUNTY CODE: ALA                                FINE AMOUNT: $    200.00

DATE     TRANS.  DESCRIPTION                    TRANS. AMT.     BALANCE
05/05/08 DR34    REST DED-EFT DEPOSIT                             99.00
05/06/08 VR54    RESTITUTION DEDUCTION-SUPPORT       18.00-       93.15
06/05/08 VR54    RESTITUTION DEDUCTION-SUPPORT        5.85-       89.06
07/03/08 VR54    RESTITUTION DEDUCTION-SUPPORT        4.09-       75.56
07/08/08 DR34    REST DED-EFT DEPOSIT                 13.50-       0.00
                                                     75.56-

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                        TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL      TOTAL         CURRENT      HOLDS      TRANSACTIONS
BALANCE      DEPOSITS   WITHDRAWALS   BALANCE      BALANCE    TO BE POSTED
0.00         216.31     79.95         136.36       0.00       0.00

                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              136.36
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 7/16/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

MR. Michael Jackson #T34603
PO Box 950
Folsom, Ca. 95763

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671



TO: US District Court
Northern District of CA
450 Golden Gate Ave.
San Francisco, CA 94102

© USPS 2008

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.